# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

JUDITH DIXON                                    *

        Plaintiff                        *

      v.                                       *        Civil Action No. JFM-03-327

TOYOTA MOTOR SALES, U.S.A., INC., *et al.*      *

       Defendants                       *

*    *    *    *    *    *    *    *    *    *    *    *    *    *

## ENTRY OF APPEARANCE

Please enter the appearance of Peter J. Basile and FERGUSON, SCHETELICH & BALLEW, P.A. as co-counsel for Defendant Jones Chrysler Plymouth Toyota GMC Truck, Inc.

FERGUSON, SCHETELICH & BALLEW, P.A.

By: _____
Peter J. Basile #10405
100 S. Charles Street, Suite 1401
Baltimore, MD 21201-2725
(410) 837-2200
*Attorneys for Defendant Jones Chrysler Plymouth Toyota GMC Truck, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of May 2003, a copy of the foregoing Entry of Appearance was mailed, first class, postage prepaid, to:

Peter J. Sommer, Esquire
Sommer & Steele, LLC
849 Fairmount Avenue
Dulaney Center I, Suite 201
Baltimore, MD 21286
*Attorneys for Plaintiff*

Louis E. Grenzer, Esquire
Bodie, Nagle, Dolina, Smith & Hobbs, P.A.
21 W. Susquehanna Avenue
Towson, MD 21204-5279
*Attorneys for Defendant Jones Chrysler Plymouth Toyota GMC Truck, Inc.*

Jeffrey M. Yeatman, Esquire
Piper, Marbury, Rudnick & Wolfe, LLP
111 S. Calvert Street, Suite 1950
Baltimore, MD 21202-6174
*Attorneys for Defendant Toyota Motor Sales, U.S.A., Inc.*


Peter J. Basile

2