LAW OFFICES

# SOMMER & STEELE, LLC

SUITE 201
DULANEY CENTER I
849 FAIRMOUNT AVENUE
BALTIMORE, MARYLAND 21286
TELEPHONE: 410-583-0001
FACSIMILE: 410-583-9020

PETER J. SOMMER                                                                              psommer@sommerandsteele.com

May 13, 2003

Honorable J. Frederick Motz
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, Maryland  21201

      Re:    Judith Nixon v. Toyota Motor Sales, U.S.A., Inc., et al.
                  Civil Action No. JFM-03-327

Dear Judge Motz:

      Counsel in this matter have conferred concerning the current Scheduling Order issued by the Court on March 3, 2003 and agree that because of the complexity of this case and the schedules' of all counsel, we believe that it would be difficult to complete the discovery and time for designation of experts by the dates presently scheduled by the Court, and accordingly request that the schedule be modified.  The following is a proposed amended schedule:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) disclosures re experts | June 13, 2003 |
| Defendant's Rule 26(a)(2) disclosures re experts | August 13, 2003 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | August 27, 2003 |
| Rule 26(e)(2) supplementation of Disclosures and responses | September 3, 2003 |
| **Discovery deadline; submission of status report** | October 1, 2003 |
| Requests for admission | October 8, 2003 |

5/13/03
Honorable J. Frederick Motz
Page 2

**<u>Dispositive pretrial</u>**                                                             October 29, 2003
**<u>motions deadline</u>**

        We appreciate your cooperation in this matter.

                                                  Sincerely yours,

                                                      /s/
                                                Peter J. Sommer

PJS:dcb
cc:  Jeffrey Yeatman, Esquire (via e-mail)
     Thomas Dolina, Esquire (via e-mail)
     Peter Basile, Esquire (via e-mail)