IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JUDITH NIXON | * |
|     Plaintiff | * |
| v. | * |
| TOYOTA MOTOR SALES, U.S.A., INC., *et al.* | *    Civil Action No. JFM-03-327 |
|     Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ENTRY OF APPEARANCE

Please enter the appearance of Gregory G. Jackson of the law firm of Piper Rudnick LLP as additional counsel on behalf of Toyota Motor Sales, U.S.A., Inc. in the above-captioned matter. Jeffrey Yeatman will remain as counsel for Toyota Motor Sales, U.S.A., Inc.

/s/_____
Jeffrey M. Yeatman (Federal Bar No. 24614)
Gregory G. Jackson (Federal Bar No. 27066)

PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, MD 21209-3600
(410) 580-4127    Phone
(410) 580-3127    Facsimile

Counsel for Toyota Motor Sales, U.S.A., Inc.

~BALT2:751459.v1
10789-195

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of July, 2003, a copy of the foregoing Entry of Appearance was mailed postage-prepaid to:

Peter J. Sommer, Esquire  
Sommer & Steele, LLC  
849 Fairmont Avenue  
Dulaney Center I, Suite 201  
Baltimore, Maryland 21286  

Attorney for Plaintiffs

Peter J. Basile, Esquire  
Ferguson, Schetelich & Ballew, P.A.  
1401 Bank of America Center  
100 South Charles Street  
Baltimore, Maryland 21201-2725  

Thomas J. Dolina, Esquire  
Bodie, Nagle, Dolina, Smith & Hobbs  
21 West Susquehanna Avenue  
Towson, Maryland 21204  

Attorneys for Jones Chrysler Plymouth Toyota GMC Trucks, Inc.

/s/_____  
Gregory G. Jackson