<div align="center">

Law Offices
# Sommer & Steele, LLC
Suite 201
Dulaney Center I
849 Fairmount Avenue
Baltimore, Maryland 21286
Telephone: 410-583-0001
Facsimile: 410-583-9020

</div>

Peter J. Sommer                                                                                 psommer@sommerandsteele.com

<div align="center">August 8, 2003</div>

Honorable J. Frederick Motz
United States District Court
  for the District of Maryland
101 West Lombard Street
Baltimore, Maryland  21201

> Re:    Judith Nixon v. Toyota Motor Sales, U.S.A., Inc., et al.
>        <u>Civil Action No. JFM-03-327</u>

Dear Judge Motz:

  This letter is written on behalf of both the plaintiff and the defendants in this case. The parties respectfully request that the Your Honor refer the case to one of the Court's Judge Magistrates for mediation.  The plaintiff and both of the defendants have consented to the mediation process. The parties are willing to schedule a mediation session with the designated Judge Magistrate at the Court's earliest convenience.  In addition, the parties would request that the Court stay the current scheduling order.

  We appreciate your cooperation in this matter.

<div style="margin-left:50%">

Respectfully submitted,

  /s/
Peter J. Sommer

</div>

PJS:me
cc:  Jeffrey Yeatman, Esquire (via e-mail)
  Thomas Dolina, Esquire (via e-mail)
  Peter Basile, Esquire (via e-mail)