UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 19, 2003

Memo To Counsel Re: Judith Nixon v. Toyota Motor Sales, et al.
Civil No. JFM-03-327

Dear Counsel:

In accordance with your joint request, I am asking that this case be referred to a magistrate judge for the purpose of holding a mediation conference. In the interim the current scheduling order is stayed.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge